KAREN P. HEWITT
United States Attorney
MARY C. LUNDBERG
California State Bar No. 120630
Assistant U.S. Attorney
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-6759
E-mail: mary.lundberg@usdoj.gov

Attorneys for Plaintiff
United States of America

FILED
2008 JUL 23 PM 12:48
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY VMH DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>$31,700.00 IN U.S. CURRENCY,<br>$6,000.00 IN U.S. CURRENCY,<br>$5,100.00 IN U.S. CURRENCY,<br>Defendants. | Civil No. '08 CV 1327 DMS POR<br><br>COMPLAINT FOR FORFEITURE |

By way of complaint against the defendants,

$31,700.00 IN U.S. CURRENCY,

$6,000.00 IN U.S. CURRENCY, and

$5,100.00 IN U.S. CURRENCY,

(hereinafter "defendant currencies"), the United States of America alleges:

1. This Court has jurisdiction over this action by virtue of the provisions of Title 28, United States Code, Section 1355, and Title 21, United States Code, Section 881.

2. Venue is proper in this district pursuant to Title 28, United States Code, Section 1395, because the defendant properties were found within this district.

//

//

2008V00274:MCL:mia

3. • In September 2007, Drug Enforcement Administration (DEA) special agents began an investigation into the Lorena Esparza ("Esparza") cocaine trafficking organization. In November 2007, agents requested and received state court authorization to proceed with wire interception of telephones utilized by members of the organization. The investigation revealed that Esparza was a multi-kilo cocaine trafficker who had access to large sums of money.

On February 19, 2008, pursuant to intercepted conversations, DEA established surveillance at ---- Polaris Drive, San Diego, CA. One intercepted conversation revealed that cocaine was to be smuggled into the United States that morning and that Esparza was to purchase five kilograms of cocaine for $15,800.00 per kilogram. The agents observed Esparza and Thongsay Phengsavath ("T. Phengsavath") leave the ---- Polaris Drive property and drive to ---- Sycamore Drive, San Diego, CA. After they arrived at the ---- Sycamore Drive location, agents intercepted a call in which Esparza was told that the courier would meet them at the "fruits" (meeting location agreed to in an earlier conversation). Agents observed both individuals leave and drive to a nearby fruit stand. At the fruit stand, agents observed Esparza and T. Phengsavath meet with two individuals driving a Lexus. Both cars then drove in tandem back to the ---- Sycamore Drive address. While they were at that location, a call was intercepted between Esparza and the source of supply of the cocaine. Esparza related that she had the five kilograms and asked whether she should give all the money to the courier. Esparza was told to give the money to the courier. Shortly thereafter, the Lexus pulled out of the driveway and left the area. The Lexus was observed being driven into Mexico.

Subsequently intercepted calls revealed that, on March 18, 2008, a sale of cocaine was to occur. Law enforcement located Esparza and T. Phengsavath at the ---- Sycamore Drive address. Agents observed a number of vehicles pulling in and out of the driveway of that location. After a white Chevrolet pickup truck registered in Mexico had pulled into the driveway and then left the area, Esparza and T. Phengsavath got into a red Toyota pickup truck and drove to the ---- Polaris Drive location. The pickup appeared to be conducting counter-surveillance measures and arrived at the residence at 5:20 p.m. At 5:35 p.m., both individuals came out of the residence and got back into the Toyota pickup truck. Both individuals looked into a special agent's vehicle as they passed it. The truck then did a U-turn and passed by the agent once again, and finally drove by his location one more time.

Esparza and T. Phengsavath then proceeded south in the red Toyota pick-up towards the United States/Mexico border. Esparza and T. Phengsavath were stopped about one mile from the border and placed under arrest. A search incident to arrest located the Boost Mobile cell phones from which the intercepted calls were made, as well as the defendant $31,700.00 in U.S. currency. An earlier intercepted call had revealed that the price of the cocaine would be $16,000.00 for the first kilo and $15,700.00 for the second, which totals exactly $31,700.00.

Agents then obtained state-court-authorized telephonic search warrants to search the ---- Polaris Drive and ---- Sycamore Drive residences. In the ---- Sycamore Drive residence, agents located $6,000.00 in U.S. currency in the bedroom of Outay Phengsavath ("O. Phengsavath"). Eight handguns, one of which had been reported stolen, were also located. The currency was broken down as fifty-three one hundred dollar bills and fourteen fifty dollar bills. In the ---- Polaris Drive residence, agents located $5,100.00 in U.S. currency. The currency was located in a blue money bag inside a safe in the master bedroom. California EDD shows no income for O. Phengsavath in the fourth quarter of 2007.

On April 10, 2008, Esparza and T. Phengsavath pled guilty in California state court to conspiracy to commit a narcotics trafficking crime the quantity to exceed one kilogram of cocaine.

4. On and/or prior to March 18, 2008, the defendant currencies were furnished or intended to be furnished in exchange for a controlled substance or listed chemical in violation of Title 21 of the United States Code, Section 881.

5. Alternatively, on and/or prior to March 18, 2008, the defendant currencies represented the proceeds of or proceeds traceable to an exchange for a controlled substance or listed chemical in violation of Title 21 of the United States Code, Section 881.

6. Alternatively, on and/or prior to March 18, 2008, the defendant currencies were used or were intended to be used to facilitate a violation of Title 21 of the United States Code, Section 881.

7. Because of the aforementioned acts or uses alleged herein, either singly or in combination, the defendant currencies are subject to forfeiture pursuant to Title 21, United States Code, Section 881(a)(6).

//

//

8. The defendant currencies are presently stored within the jurisdiction of this Court.

WHEREFORE, the United States prays that due process issue to enforce the forfeiture of the defendants, and that due notice be given to all interested parties to appear and show cause why said forfeiture should not be declared.

DATED: July 23, 2008

KAREN P. HEWITT
United States Attorney

MARY C. LUNDBERG
Assistant U.S. Attorney

VERIFICATION

I, Bryan Smith, hereby state and declare as follows:

1. I am a Special Agent with the Drug Enforcement Administration.

2. I have read the foregoing complaint and know its contents.

3. The information in the complaint was furnished by official Government sources. Based on this information, I believe the allegations in the complaint to be true.

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge and belief.

Executed on 7-23-2008

Bryan Smith
BRYAN SMITH, Special Agent
Drug Enforcement Administration

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

FILED
2008 JUL 23 PM 12:47
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

## I. (a) PLAINTIFFS

UNITED STATES OF AMERICA

(b) County of Residence of First Listed Plaintiff ________
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) Attorney's (Firm Name, Address, and Telephone Number)

AUSA Mary C. Lundberg, USAO, 880 Front Street, Room 6293, San Diego CA 92101-8893, Tel. (619) 557-6759

## DEFENDANTS

$31,700.00 IN U.S. CURRENCY,

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

'08 CV 1327 DMS POR

Attorneys (If Known)

Nicholas De Pento, Esq., 550 West C Street, Suite 1160, San Diego CA 92101, Tel. (619) 236-1151

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [X] 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

PERSONAL INJURY
- ☐ 362 Personal Injury - Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence

Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- [X] 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt.Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 463 Habeas Corpus - Alien Detainee
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN (Place an "X" in One Box Only)

- [X] 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (**Do not cite jurisdictional statutes unless diversity**):
Title 21, United States Code, Section 881(a)(6)

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes [X] No

## VIII. RELATED CASE(S) IF ANY

(See instructions): JUDGE ________ DOCKET NUMBER ________

DATE JUL 23 2008

SIGNATURE OF ATTORNEY OF RECORD Mary C. Lundberg AUSA

**FOR OFFICE USE ONLY**

RECEIPT # ________ AMOUNT ________ APPLYING IFP ________ JUDGE ________ MAG. JUDGE ________

ck