FILED
2008 JUL 25 PM 1:56
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. $31,700.00 IN U.S. CURRENCY, $6,000.00 IN U.S. CURRENCY, $5,100.00 IN U.S. CURRENCY, Defendants. | Civil No. '08 CV 1327 DMS POR<br><br>ORDER APPOINTING UNITED STATES MARSHAL AS CUSTODIAN AND DEPOSITING THE DEFENDANT INTO THE SEIZED ASSETS DEPOSIT ACCOUNT |

Upon a motion by plaintiff, United States of America, and it appearing that the United States Marshal has consented to assume responsibility for the custody and maintenance of the defendant currencies during the time they remain in the custody of this Court under its process herein,

IT IS HEREBY ORDERED that upon the arrest of the defendant currencies, the United States Marshal shall be custodian of the defendant currencies on behalf of this Court until further order, and

IT IS FURTHER ORDERED that the United States Marshal shall deposit the defendant currencies in the Seized Assets Deposit Account which shall be substituted as the <u>res</u> in this action.

DATED: 7-24-08

[signature]
UNITED STATES DISTRICT JUDGE

JUL 2 3 2008
RECEIVED