**NICHOLAS DE PENTO**
Attorney at Law
State Bar No. 47672
550 West "C" Street
Suite 1160
San Diego, California 92101
Telephone (619) 236-1151
Fax (619) 236-1389

Attorney for Defendant

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>$31,700.00 in U.S. CURRENCY,<br>$6,000.00 in U.S. CURRENCY,<br>5,100.00 in U.S. CURRENCY,<br>Defendant, | Case No. 08cv1327-DMS(POR)<br>**ANSWER TO COMPLAINT FOR FORFEITURE** |

By way of Answer to Complaint from all defendants (defendant currencies) and claimants in the original Petition, said claimants, answer as follows:

1. Admit
2. Admit
3. Lack sufficient information or belief and on such basis deny.
4. Deny
5. Deny
6. Deny

//

//

7. Deny
8. Admit

Wherefore, defendants and claimants prays that the forfeiture proceedings be terminated and the defendant currencies by returned.

Dated: August 19 , 2008

/s/ Nicholas De Pento
NICHOLAS DE PENTO, ESQ.
Attorney for Defendants / Claimants

**Verification**

We, Khong Phengsavath, Outay Phengsavath, Thongsay Phengsavath, Lorena Esparza, are the claimants herein for respective parts of the defendant currencies alleged in the Complaint per our original Petition.

2. We have each and respectively read the Answer to Complaint for Forfeiture.

3. We each and respectfully state that the information in the Answers provided are true to the best of our respective knowledge and belief.

We declare under penalty of perjury that the foregoing is true and correct.

Executed this 18 day of August 2008 in San Diego , California.

Outay Phengsavath

Khong Phengsavath

Thongsay Phengsavath

Lorena Esparza

**NICHOLAS DE PENTO**
Attorney at Law
State Bar No. 47672
550 West C Street, Suite 1160
San Diego, CA 92101
Telephone (619) 236-1151
Fax (619)236-1389

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

THE PEOPLE OF THE STATE OF CALIFORNIA,

Plaintiff,

vs.

$31,700.00 in U.S. CURRENCY, $6,000.00 in U.S. CURRENCY, 5,100.00 in U.S. CURRENCY,

Defendant

Case No. 08cv1327-DMS(POR)

**VERIFIED CLAIM**

---

We, Khong Phengsavath, Outay Phengsavath, Thongsay Phengsavath, Lorena Esparza, make this Verified Claim that each of us to our respective claims made as to specific defendant currencies in our original Petition that we are owners of said currency and designate attorney Nicholas De Pento, 550 West C Street, Suite 1160, San Diego, California, 92101 as our representative.

We Khong Phengsavath, Outay Phengsavath, Thongsay Phengsavath, Lorena Esparza, declare under penalty of perjury that the foregoing is true and correct.

Executed this 18 day of August 2008 at San Diego, California.

X ______________________________

Khong Phengsavath

Outay Phengsavath

Thongsay Phengsavath

Lorena Esparza

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

Case Name: USA vs. $31,700.00 IN U.S. CURRENCY
USA vs. $6,000.00 IN U.S. CURRENCY
USA vs. $5,100.00 IN U.S. CURRENCY

Case Number: 08cv1327-DMS(POR)

David McNees David.McNees@usdoj.gov,efile.dkt.nes@usdoj.gov,:
Nicholas De Pento depentolaw@sbcglobal.com

Date: August 20, 2008

/s/ Nicholas De Pento
NICHOLAS DE PENTO
Attorney for Defendant
550 West C Street, Suite 1160
San Diego, CA 92101
Depentolaw@sbcglobal.net